Moyer, C.J., Wright and Resnick, JJ., dissent.

**89-176.** In re Shaw. *Morgan County,* No. CA-889. On motion for leave to file *amicus* of Ohio School Boards Association. Motion granted.

**89-188.** State v. Nance. *Montgomery County,* No. CA 10582. On motion for leave to file delayed appeal. Motion denied.

Holmes, J., dissents.

**89-206.** State v. Poland. *Cuyahoga County,* No. 55615. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., Wright and Resnick, JJ., dissent.

**89-220.** State v. Belcher. *Stark County,* No. CA-7504. On motion for leave to file delayed appeal and for extension of time. Motion granted.

Resnick, J., dissents.

**89-243.** State v. McMinn. *Medina County,* No. 1631. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., Wright and Resnick, JJ., dissent.

**89-250.** Jackson v. Fry. *Belmont County,* No. 88-B-5. On motion for leave to file notice of appeal instanter. Motion denied.

Holmes and Wright, JJ., dissent.

**89-257.** Ellis v. Akron City Hosp. *Summit County,* No. 13750. On motion to consolidate with 88-1694, *Herr* v. *Robinson Memorial Hosp.,* Portage County No. 1883. Motion denied.

Holmes and Resnick, JJ., dissent.

**89-285.** Platt v. Dayton. *Montgomery County,* No. 10960. On motion for injunction. Motion denied.

Wright and Resnick, JJ., would dismiss the cause.

**89-288.** State v. Jacoby. *Madison County,* No. CA88-07-018. On motion to vacate sentence. Motion denied.

**89-291.** State v. Armstrong. *Lucas County,* No. L-87-338. On motion for leave to file delayed appeal. Motion granted.

Moyer, C.J., Holmes and Resnick, JJ., dissent.